IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRISTOPHER A. GROVER,

    Plaintiff,

    v.

                                                                                 Case No.  20-cv-1135-bbc

DARCIE JO QUADERER,

    Defendant.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

/s/  
Peter Oppeneer, Clerk of Court

1/15/2021  
Date